# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| MARK BOYLE and TERESA BOYLE, | ) | CASE NO. 3:13-CV-732 RL-CAN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| QUANTA SERVICES, INC. and its wholly-owned subsidiaries: INFRASOURCE CONSTRUCTION, LLC; INFRASOURCE UNDERGROUND CONSTRUCTION, INC.; INFRASOURCE, LLC; INFRASOURCE FIELD SERVICES, LLC; INFRASOURCE SERVICES, LLC; INFRASOURCE UNDERGROUND INSTALLATION, LLC; INFRASOURCE INSTALLATION, LLC; INFRASOURCE UNDERGROUND SERVICES, INC.; INFRASOURCE CONCRETE & PAVING SERVICES, LLC; and PETER L. ANTHONY, individually, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION FOR VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS**

The parties, by counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree that the causes of action filed against (1) Quanta Services, Inc., (2) InfraSource Underground Construction, Inc., (3) InfraSource, LLC, (4) InfraSource Field Services, LLC (5) InfraSource Services, LLC, InfraSource Underground Installation, LLC, (6) InfraSource Installation, LLC, (7) InfraSource Underground Services, Inc., and (8) InfraSource Concrete & Paving Services, LLC shall be dismissed without prejudice and without cost to any party. Plaintiffs' causes of action against Defendants InfraSource Construction, LLC, f/k/a as InfraSource Underground Construction, LLC, and Peter L. Anthony shall proceed, with the

caption being amended hereafter to reflect the removal of eight dismissed defendants ("*Mark Boyle and Teresa Boyle v. InfraSource Construction, LLC, f/k/a as InfraSource Underground Construction, LLC, and Peter L. Anthony*")

Respectfully submitted,

RHAME AND ELWOOD
Patrick B. McEuen

By: */s/Patrick B. McEuen*
    Patrick B. McEuen
    Attorney for Plaintiffs

FROST BROWN TODD LLC

By: */s/Timothy L. Karns*
    Kevin C. Schiferl
    Timothy L. Karns
    Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Patrick B. McEuen
RHAME AND ELWOOD
*patrickmceuen@rhameandelwood.com*

                                                                                    */s/Timothy L. Karns*

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
kschiferl@fbtlaw.com
tkarns@fbtlaw.com


INDLibrary1 LR10946.0608763   1138194v1